UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANDY ROSA,                                          :
:
:
Plaintiff,              :
:          21-CV-3153 (JMF)
-v-                             :
:              ORDER
THE CHARITABLE TRUCKING CO. et al.,                 :
:
Defendants.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order dated April 27, 2021, the parties were required to confer and submit a proposed case management plan and joint letter by the Thursday prior to the conference scheduled for June 15, 2021. *See* ECF No. 6. To date, the parties have not filed their required submissions. As a courtesy, the deadline is hereby extended to **June 14, 2021**, at **3:00 p.m.** Failure to file by that deadline may result in sanctions.

     In light of the extension, the initial pretrial conference is **ADJOURNED** to **June 17, 2021, at 3:15 p.m.** The call-in information remains the same. See ECF No. 18.

     SO ORDERED.

Dated: June 11, 2021
      New York, New York
                                           JESSE M. FURMAN
                                       United States District Judge