UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDY ROSA,            :

                  Plaintiff,            :      ORDER

                 -against-            :      21-CV-3153 (KNF)

THE CHARITABLE TRUCKING CO.,
VICTORIE EXPRESS INC. and ALEXANDRU     :
ROBU,
                  Defendants.            :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On May 11, 2021, counsel to the defendants filed an "Attorney Declaration" indicating that Exhibit A to that document is a certificate of incorporation for defendant The Charitable Trucking Co. Exhibit A to counsel's declaration is not a certificate of incorporation for The Charitable Trucking Co.; rather, it is a certificate issued by the United States Department of Transportation, Federal Motor Carrier Safety Administration. Therefore, on or before June 29, 2021, the certificate of incorporation for The Charitable Trucking Co. shall be filed by that defendant. This will enable the Court to determine whether this:1) case was removed properly from state court to this court; or 2) case, without further briefing, will be returned to state court summarily.

Dated: New York, New York          SO ORDERED:
       June 23, 2021

                                                  _/s/ Kevin Nathaniel Fox_____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE