UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDY ROSA,                                          :

                Plaintiff,                :

             -against-                      :            **ORDER**

THE CHARITABLE TRUCKING CO., VICTORIE :            21-CV-3153 (KNF)
EXPRESS INC. AND ALEXANDRU ROBU,
                                              :
                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By an order dated June 21, 2021, this action was referred to the undersigned for all purposes. See Docket Entry No. 23. The plaintiff challenges subject matter jurisdiction based on the citizenship of the individual defendant. To provide an opportunity for the individual defendant to establish the state in which he is domiciled for the purpose of diversity of citizenship jurisdiction, the following is ORDERED: (1) on or before July 29, 2021, the individual defendant shall file a memorandum of law not to exceed five double-spaced pages and affidavits and exhibits establishing the state in which he domiciled; (2) on or before August 5, 2021, the plaintiff shall file a memorandum of law not to exceed five double-spaced pages and affidavits and exhibits supporting his position; and (3) the individual defendant may file a reply not to exceed three double-spaced pages and any affidavits and exhibits if required based on the opposing submissions.

Dated:  New York, New York                    SO ORDERED:
        July 22, 2021

                                                                  _/s/ Kevin Nathaniel Fox_
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE