UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                                Plaintiff,                        **ORDER**

            -against-                                   **21-CV-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 17, 2022, counsel for Plaintiff filed a letter in this action. Dkt. No. 49. The Court directs the Parties to review Judge Willis's Individual Practice Rules II.A, in particular the section on "Discovery Motions." Following the submission of the appropriate letter motions, the Court will consider whether a Rule 37.2 Conference is suitable to resolve the issues raised by the Parties.

      SO ORDERED.

DATED:    New York, New York
                June 21, 2022

                                                                         JENNIFER E. WILLIS
                                                                         United States Magistrate Judge