UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                    Plaintiff,                   **ORDER**

                    **21-CV-3153 (JW)**

        -against-

THE CHARITABLE TRUCKING CO., *et al.*,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     Discovery in this matter closed on September 14, 2022. See Dkt. No. 53. The Parties are directed to file a status update letter with the Court indicating whether they intend to file dispositive motions, whether there have been settlement discussions, or whether the Parties intend to move towards trial by **March 31, 2023**.

     SO ORDERED.

DATED:    New York, New York
               March 22, 2023

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge