UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDY ROSA,

                      Plaintiff,                    **ORDER**

       -against-                      **21-CV-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On March 31, 2023 the Parties filed a letter with the Court requesting a close-of-discovery conference. The conference is set for **April 13, 2023**, at **10:30 AM**. The Parties should dial in to **(646) 453-4442**; **Conference ID 540 890 644#**.

       The Parties are directed to submit a joint letter to the Court advising of any topics to be discussed at the conference by **April 6, 2023**.

       SO ORDERED.

DATED:    New York, New York
               March 31, 2023

                                                       *Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge