UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDY ROSA,

                        Plaintiff,

       -against-

THE CHARITABLE TRUCKING CO., *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-3153 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 13, 2023, a conference was held in this matter. During that conference, Plaintiff raised the issue of an outstanding deposition that has yet to be taken of one of Defendant corporation's former principals. Plaintiff's letter on this subject is due to the Court by **April 26, 2023**. Defendants' response is due by **May 3, 2023**.

      SO ORDERED.

DATED:    New York, New York
                April 13, 2023

                                                                   *Jennifer E. Willis*
                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge