UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDY ROSA,

                Plaintiff,

      -against-

THE CHARITABLE TRUCKING CO., *et al.*,

               Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-cv-3153 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    The Parties are directed to file a joint status update letter with the Court indicating whether there have been settlement discussions, whether the Parties intend to move towards trial, and providing a proposed briefing schedule on any anticipated dispositive motions by **September 27, 2023**.

    SO ORDERED.

DATED:    New York, New York
                September 20, 2023

                                                                      */s/ Jennifer E. Willis*
                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge