UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                        Plaintiff,                        **ORDER**

          -against-                            **21-cv-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the status update letters at Dkt. Nos. 63 and 64. Plaintiff's request for 120 days to complete expert discovery is GRANTED. Expert discovery in this action will close on **February 7, 2024**.

      Plaintiff's letter indicates that they anticipate filing a dispositive motion following the close of discovery. Dkt. No. 64. Any motion for summary judgment is due by **February 21, 2024**. Defendant's Opposition is due by **February 28, 2024**. Any reply from Plaintiff is due by **March 6, 2024**.

      If no dispositive motion is filed, per this Court's Individual Practices § IV(A), the Joint Pre-Trial Order is due by **March 8, 2024**. Any motions in limine (MiL) are due by **March 8, 2024**. Oppositions to MiL are due by **March 15, 2024**. The Court will reserve **April 8-12, 2024** for trial.


SO ORDERED.

DATED:   New York, New York
           October 10, 2023

                                                          *Jennifer E. Willis*
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge