UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                        Plaintiff,                             **ORDER**

        -against-                                      **21-cv-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of the request at Dkt. No. 66 for a conference on the trial schedule. A conference in this matter is scheduled for **Monday, November 20, 2023, at 10:30am**. Counsel is directed to call the court's telephone conference line at the scheduled time. **Please dial +1 646-453-4442, conference ID: 298702143#.**

       SO ORDERED.

DATED:    New York, New York
                November 8, 2023

                                                        */s/ Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge