**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDY ROSA,

                      Plaintiff,                 **ORDER**

    -against-                     **21-cv-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the joint letter at Dkt. No. 77. A conference in this matter is scheduled for **April 24, 2024**, at **11:30 AM**. The Parties are directed to dial +1 646-453-4442, conference ID: 485962648#.

      SO ORDERED.

DATED:    New York, New York
              April 17, 2024

                                                            JENNIFER E. WILLIS
                                                             United States Magistrate Judge