UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                    Plaintiff,                          **ORDER**

      -against-                        **21-CV-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

By order dated August 30, 2024, the Court directed the Parties to file a joint letter by September 6, 2024, informing the court of the dates for the depositions of Defendants' experts. Dkt. No. 93. The Order also extended the deadline for expert discovery until October 4, 2024. Id. On September 6, 2024, the Parties filed joint letter revealing that the depositions of Defendants' experts had not been scheduled. Dkt. No. 98. Instead, the letter noted that Defendants needed until September 9, 2024 to provide deposition dates. Id. Plaintiff did not oppose that brief extension. Id.

On September 13, 2024, Plaintiff filed a letter informing the Court that Defendants only provided a deposition date of October 4, 2024, for expert Kirk Thibeault. Dkt. No. 99. The other four expert depositions have yet to be scheduled. Id. The September 13th letter also requested that the deadline for the Joint Pretrial Order be extended, and a new trial date be set. Defendants failed to respond to the September 13th letter.

The Parties are ordered to file a joint status letter by October 9, 2024. The letter should inform the Court of any outstanding depositions not conducted by the October 4th deadline and why such depositions did not take place. The Parties are also ordered to meet and confer before October 9th and include in their letter two mutually agreed upon potential trial dates.

    SO ORDERED.

DATED:   New York, New York
             October 3, 2024

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge