UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDY ROSA,

                        Plaintiff,                             **ORDER**

          -against-                                  **21-CV-3153 (JW)**

THE CHARITABLE TRUCKING CO., et al.,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Trial is set to begin in this case on February 10, 2025. Dkt. No. 102. The Joint Pre-Trial Order is due **by January 13, 2025**. Any motions in limine (MiL) are due by **January 13, 2025**. Oppositions to MiL are due by **January 20, 2025**. The Parties are directed to Section IV(A) of this Court's Individual Practices for a list of things to be included in the Joint Pre-Trial Order. Section IV(B) also requires the Parties to send via email courtesy copies of any trial exhibits.

      SO ORDERED.

DATED:    New York, New York
               January 6, 2025

                                                                  JENNIFER E. WILLIS
                                                                 United States Magistrate Judge