**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDY ROSA,

                    Plaintiff,                    **ORDER**

        -against-                        **21-CV-3153 (JW)**

THE CHARITABLE TRUCKING CO., *et al.*,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties joint letter inquiring about the Court's schedule for the week of February 10, 2025. Dkt. No. 106. The first day of trial (that is, jury selection and any other proceedings) will be conducted from 9:30 a.m. to 5:00 p.m. Once jury selection is complete, the trial will be conducted Monday through Friday from 9:00 a.m. to 2:30 or 3:00 p.m., with one short break from approximately 11:30 a.m. to noon.

      The Final Pre-Trial Conference will be held on February 7, 2025, at 11:00 a.m. in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
                 January 17, 2025

                                                         *Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge